UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS E. SMITH, PLAINTIFF, PRO-SE,

v.

Defendant#1. The City of New York,

Defendant#2. The New York City Police Dept;

Defendant#3. Theft Prevention Security Guard Service,

Defendant#4. Rite Aid Pharmarcy, John-Doe-Jane-Doe,

Defendant#5. Eilja, New York City Police Officer,

Defendant#6. John Doe, Theft Prevention Security Guard,

Being Sued Individually and in their Official Capacities.

     Defendants. _____X

RECEIVED
SDNY PRO SE OFFICE
2021 AUG 13 AM 10: 24
S.D. OF N.Y.

COMPLAINT

JURY TRIAL DEMANDED

No. _____

## JURISDICTION AND VENUE

1. This Court has Jurisdiction over this action under 28 U.S.C. Section 1331 and 1343(3) and (4). The matter in controversy arise under 42 U.S.C. Section 1983.

2. Venue properly lies in this District pursuant to 28 U.S.C. Section 1391(b)(2), because the events giving rise to this cause of action occurred at Rite Aid Pharmarcy in the county of New York City, New York which is located within the Southern District of New York.

## VIOLATION OF MY FEDERAL CONSTITUTIONAL RIGHTS:

## PLAINTIFF INFORMATION

Mr. THOMAS E. SMITH, DIN#21A0493
CAYUGA CORRECTIONAL FACILITY
P. O. BOX 1186
MORAVIA, NEW YORK 13118
Current Place of Detention

## PRISONER STATUS:

Convicted and Sentenced Prisoner:

(2)

DEFENDANT INFORMATION:

Defendant# 1: THE CITY OF NEW YORK

Defendant# 2: THE NEW YORK CITY POLICE DEPT

Defendant# 3: THEFT PREVENTION SECURITY GUARD SERVICE,
2170 8th Ave; John-Doe-Jane-Doe
NEW YORK, NEW YORK N-A

Defendant# 4: RITE AID PHARMARCY; John-Doe-Jane-Doe
2170 8th Ave
NEW YORK, NEW YORK N-A

Defendant# 5: ELIJA, SHIELD# N-A NEW YORK CITY POLICE OFFICER
28th PCT.(Harlem)
NEW YORK, NEW YORK N-A

Defendant# 6: JOHN DOE, SHIELD# N-A THEFT PREVENTION SECURITY GUARD
2170 8th Ave
NEW YORK, NEW YORK N-A

(3)

## STATEMENT OF CLAIM:

PLACE(s) OF OCCURRENCE: RITE AID PHARMARCY

DATE(s) OF OCCURRENCE: ON OR ABOUT SEPTEMBER 18-19, 2019

### FACTS:

1. At the time of occurrence, the plaintiff was 49 years old. That on SEPTEMBER 18-19, 2019, at approx. 12:30pm the plaintiff went to shop at Rite Aid Pharmarcy located at 2170 8th ave in the county of New York, New York, and before the plaintiff entered he seen an old associate who is not an plaintiff in this lawsuit named AIL where we both entered into Rite Aid Pharmarcy to shop. However, upon entering Rite Aid the plaintiff saw an New York Post News Paper that cought his attention, and stopped to read it while his associate Ail continue on to shop for whatever he went there to buy.

2. As the plaintiff was reading the news paper, I heard loud voices coming from the pharmarcy area. At that time plaintiff stops reading the news paper, and began walking towards the loud voices to see what's taking place, and as plaintiff got closer to where the loud voices were, he hear his associate AIL say to unknowm John Doe "don't put your hands on me." As plaintiff came upon them in aisle# 2, I observed unknown John Doe putting his hands on Mr. AIL, and at that time plaintiff said to John Doe "don't put your hands on my associate can't you see that he is handicap" and walks with an cane.

3. At that time plaintiff takes his associate by the arm, and began walking towards the front door too depart from Rite Aid Pharmarcy, and unknown John Doe. When the plaintiff and his associate Mr. AIL departed from Rite Aid some ten mintues later while we was walking down 116th Street between 8th & 7th Ave in the county of New York New York we were stopped by some 20 New York City Police Officers with their GUNS drawned and pointed at the plaintiff, Mr. AIL st-

(4)

ating put your fucking hands up where is the fucking GUN at in front of some 40 to 60 bystanders watching on SEPTEMBER 18-19, 2019, at appx. 1:00pm.

4. The plaintiff, and Mr. Ali was pat frisked by defendant#5 New York City Police Officer Eilja shield# N-A and other unknown officers searching for a gun that was call into new york city police Department dispatcher by Rite Aid Pharmarcy john doe-jane doe, and john doe theft prevention security guard who stated that plaintiff had pulled out a gun on him while shoping at Rite Aid Pharmarcy. Thereafter, defendant#5 officer Eilja searched the plaintiff and didn't recover any gun or weapons as stated by defendant#6 john doe theft prevention security guard.

5. The plaintiff over heard officer Eilja state to his unknown john doe supervisor that no gun or weapons was found on or near the plaintiff. And at that time unknown john doe supervisor stated to defendant#5 officer Eilja too return to Rit Aid and reveiw any and all video footage to see if and fact plaintiff had pulled out a gun or weapons on john doe security guard or Rite Aid Pharmarcy employees.

6. Upon defendant#5 officer Eilja returning to the secne some 15 mintues later, he stated to his unknown john doe supervisor that after reveiwing video footage at Rit Aid Pharmarcy it don't show plaintiff had pulled out a gun upon john doe security guard as he alleges to 911 dispatcher nor dose it show plaintiff stolen anything as well... This is what was stated by officer Eilja to his supervisor but I was still put under arrest on the orders of unknown john doe supervisor on false charges of petited Larency and Mendcing because of false claims made by defendants#4,5,6 the plaintiff was unlawfully, Wrongfully charged with crimes he never committed in violation of his Federal constitutional rights under the 4th Amendment, 8th Amendment, and 14th Amendment to the U.S.C.

7. This case was dismissed on OCTOBER 23rd, 2020, in the favor of the plaintiff by New York State Supreme Court Judge, County of New York, New York.

8. Furthermore, Defendant#3, Defendant#4, and Defendant#6 all conspired with each other on September 18-19, 2019, making false claims that the plaintiff had pulled out a GUN, and then commucated these false allegation to Defendant#2 the New York City Police Dept.(911) operator who than commucated that information by radio to New York City Police Officers on duty who also conspired to deprive the plaintiff of his Fourteenth Amendment rights to be free from the deprivation of liberty without an lawful right to do so when Defendant#5 police officer Eilja arrested, and confined the plaintiff to a Central Booking Processing cell for 28 hours on false charges of Petited Larency, and Menciding based on false allegation made by Defendant#4 Rite Aid Pharmarcy supervisor john Doe- jane Doe, and employees, a long with Defendant#6 John Doe security guard who conspired with his supervisor and employees of Defendant#3 Theft Prevention Security Guard Service.

9. The plaintiff 17 year old daughther suffered severe Mental and Emotional distress a long with other plight because of this unlawful arrest. She knew that her father just did Ten years incarcerated when she was only seven years old, and thinking her father will be taken away again has caused my daughther alot of stress. Moreso, the plaintiff family was affected as well because the plaintiff parole officer violated me based on these false allegation made against me... But more importantly, the mother of my daughther went into an Mental and Emotional breakdown as a result of the false arrest and other expenses.

10. The plaintiff suffered Mental and Emotionally as a result of the false arrest on September 18-19, 2019. The fact that plaintiff parole officer put him in jail because of this matter subjected the plaintiff of not being with his daughther and family because of these false allegation made against him was very emotional, and the fact my liberty was taken without an lawful right was arbitary and capricious in violation of my federal constitutional rights under New York State Law.

11.     Upon the plaintiff being arrested by Defendant#5 Eilja and unknown John-Doe officers violated plaintiff Eighth Amendment rights when they tightern the hand cuffs to the point that plaintiff circulation was affected and was falsfully pushed to the ground face first.

12.     The plaintiff is still affected by the cuffs being tightened where plaintiff don't have full circulation of blood flow in his left hand and right hand fingers. It has become very painful in both plaintiff hands and his fingers because the lack of full blood circulation because of Defendant#5 unlawful actions in arresting the plaintiff.

13.     The plaintiff respectfully asked Defendant#5 Eilja to losen the hand cuffs because they are very tight. His reply was shut the Fuck Up motherfucker.

14.     Upon being transported to the 28 pct. the plaintiff asked an unknown desk Sgt. to please tell officer Eilja to loosen the cuffs that they are very tight to the point my circulation is cut off, and both hands and fingers are numb. Unknown desk Sgt. reply was shut your fucking mouth put this ass hole in the pen where the fuck he belongs.

15.     The plaintiff Eighth Amendment Rights were violated when the arresting officer, Defendant#5 Eilja continue to cause pain thereafter I was placed in an holding cell at the 28th pct. while still rear cuffed for approx. 3½ hours that caused the circulation to be cut off, and both the plaintiff hands and fingers went numb.

16.     At this point, the plaintiff is still asking in a very respectfully manner to have the cuffs loosen or taken off, while in the holding pen of the 28th pct. but my pleads where not answered.

17.     Defendant#5, arresting officer Eilja finally came to the holding cell some 3½ hours later to take the plaintiff finger prints is the only reason the cuffs were removed for that purpose only.

18.     Defendant Eilja and John- Doe officers transported the plaintiff to the 28th pct. and escorted him to central booking proceessing violated the plaintiff Eighth Amendment Rights when they Maliciously Tightened the HandCuffs to the point my circulation was cut off.

When Defendant#5 Eilja and John-Doe officers applyed the tightened handcuffs on the plaintiff was in fact a Use of Force and the supervising officers did not intervene.

19. Defendant#2, Defendant#3, Defendant#4 John-Doe's, Jane-Doe's violated the plaintiff Eighth Amendment Rights by faling to protect the plaintiff from what they knew or should have known the line Defendant#5 Eilja, John-Doe police officers would do following the 911 call of a Gun being pulled out on John-Doe theft prevention secrity guard at Rite Aid Pharmarcy, 2170 8th Ave, county of New York, New York.

20. Defendant#2, Defendant#3, Defendant#4 John-Doe-Jane-Doe supervisors and John-Doe desk sergeant (28th pct.) violated the plaintiff's Eighth Amendment Rights and his Fourteeth Amendment Rights by conspiring to take my liberty based upon false allegation made by Defendant#6, an empolyee hired by Defenfant#4, Rite Aid Pharmarcy John-Doe-Jane-Doe Supervisors as a sercurity guard services.

21. The Defendant's, The City of New York, New York City Police Department, John-Doe-Jane-Doe, Rite Aid Pharmarcy John-Doe-Jane-Doe, Theft Pervention Security Guard Serices has created a policy and custom under which unconstitutional practices occurred on September, 2019, at 2170 8th Ave, New York, New York, Rite Aid Pharmarcy.

22. The above Defendants' was grossly neglient in supervising their subordinates ( Defendant#4, Defendant#5, Defendant#6 ) employees who committed the wrongful acts on September, 2019, and the Defendants' exhibited delibrate indifference to the rights of the plaintiff by failing to act on information indicating that unconstitutional acts were occurring at Rite Aid Pharmarcy with Theft Pervention Security Guard Services, where John-Doe-Jane-Doe, and Defendant#6 would make false allegation that customer's was shoplifting.

23. These unconstitutional acts were forced by Defendant#6, John-Doe theft pervention security guard, Defendant#5 officer Eilja a New York City Police officer, and Defendant#3 Rite Aid Pharmarcy John-Doe-Jane-Doe employees on September, 2019.

24. The plaintiff has reported his injuryies to Medical staff here at the prison since his incarceration, and was told by the medical staff that plaintiff will be sent out for an **M.I.R.** soon.

25. However, the plaintiff was given gentic medication for pain because nothing they can do due for the numness in both his hands, and fingers until seen by an outside Doctor.

26. Defendant Eilja and the John-Doe officers and their supervisors violated the plaintiff 8th Amendment rights when Defendant Eilja and John-Doe officers applyed an tightend the handcuffs on the plaintiff and the supervising officers did not intervene.

27. That prior to this unlawful arrest on September, 2019, the plaintiff was an Barber who trained other barbers was how he made his income.

28. But now the injuries to both his wrisk and fingers caused by the Tighten HandCuffs has constricted and affected the Blood Flow and circulation because of the Use of Force by officer Eilja and John-Doe officers when the plaintiff was wrongfully, and unlawfully arrested on September, 2019.

29. The plaintiff know longer can return back to being an self employed Barber because of these injuries substanted.

30.

## C A U S E S   O F   A C T I O N S :

1. Defendant#5, officer Eilja violated the plaintiff's Eighth Amendment Rights when him and John-Doe officers arrested the plaintiff and applyed handcuffs so Tight that plaintiff circulation of blood flow was affected and the supervising officers did not intervene.

2. Defendant#5, officer Eilja and John-Doe officers who transported the plaintiff to the 28th pct. and also escorted him to central bookings proceesing violated the plaintiff Eighth Amendment Rights when they tightened the handcuffs to the point that plaintiff circulation was affected.

3. John-Doe, Jane-Doe Rite Aid Pharmarcy Supervisors, Defendant#3; John-Doe, Jane-Doe Theft Prevention Security Guard Services Supervisors, Defendant#4, and officers, employees violated the Plaintiff's Eighth Amendment Rights and his Fourteeth Amendment Rights by conspiring to subject him to Jail on prejudicie policy, customs, and practices as well as false charges made by John-Doe Defendant #6 on September, 2019.

4.
Defendant#5 arresting officer Eilja and John-Doe officers violated the plaintiff Eighth Amendment Rights when they Tightened the Handcuffs to the point that the circulation was and still is affected with "Pain and Numbness".

31. Upon information and belieft, the supervising John-Doe Jane-Doe at Rite Aid Pharmarcy, Theft Prevention Security Guard Services has created a policy, custom, and practice that are prejudice to Black customs at Rite Aid Pharmarcy.

32. The supervising John-Doe, Jane-Doe Defendants failed to propertly train their officer John-Doe, Defendant#6 sercurity guard who has enforced unconstituational policy, customs, and practices on September, 2019, at Rite Aid Pharmarcy, where their hands on first, questions later upon black customs they think or suspect of shoplifting... violated the plaintiff Federal constitutional rights under that policy, custom and practice.

33.
### SUPERVISORY   LIABILITY

The Defendants paticipated directly in the alleged constitutional violation; created a policy or custom under which unconstitutional practices Was occurred, and/or allowed the continuance of such a policy or custom has violated the plaintiff's Federal constitutional Rights under New York State Law.

34.
**Prayer for Relief:**

1. Plaintiff request an order declaring that the Defendant have acted in violation of the UNITED STATES CONSTITUTION.

2. Plaintiff request $ **one Million Dollars** as compensatory damages.

3. Plaintiff request $ **one Million Dollars** as punitive damades.

Signed this 9th day of August, 2021.            Thana

I declare under plenalty of perjury that the foregoing is true and correct.

(10)

WHEREFORE, Plaintiff prays for a judgement in his favor and damages in his favor against all defendants in an amount sufficient to compensate him for the pain and suffering and mental anguish suffered by him due to the deliberate indifference and intentional misconduct of defendants, but in no event less than $500,000, together with fees and costs, and such additional relief as the Court may deem just and proper.

Respectfully Submitted,

*Thomas* (signature)

Thomas Smith#21A0493, pro-se
CAYUGA CORRECTIONAL FACILITY
P.O. BOX 1186
Moravia, New York 13118

Mr. Thomas E. Smith#21A0493<br>
Cayuga Correctional facility<br>
P. O. Box 1186<br>
Moravia, New York 13118

AUGUST 9th, 2021

Clerk of the Court:
U.S. District Court for the
Southern District of New York
500 Pearl Street, Intake unit
New York City, New York 10007-1312

Re: 42 U.S.C. 1983 Complaint

Dear Court clerk:

I hope that you're well. Please find enclosed one (1) original pro-se <u>42 U.S.C. 1983 complaint</u> and all supporting papers.

If I have failed to serve any other paper work or there is any further information you may need from me in order to process my motion, please feel free to contact me at the above address. I would like to than you for your time and consideration in this matter and I look forward in hearing from your office with a favorable decision from the Court.

Respectfully Submitted,

Thomas

cc: file

CAYUGA CORRECTIONAL FACILITY
P.O. BOX 1186
MORAVIA, NY 13118

Mr. Thomas Smith #21A0493
G2 #32B

RECEIVED
2021 AUG 12 PM 2:01
CLERK'S OFFICE
S.D.N.Y.

CAYUGA ★ CORRECTIONAL FACILITY

NEOPOST  FIRST-CLASS MAIL
08/09/2021
US POSTAGE $001.40
ZIP 13118
041M11463873

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN, INTAKE UNIT
U.S. COURTHOUSE-500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

RECEIVED
SDNY PRO SE OFFICE
2021 AUG 13 AM 10:24
S.D. OF N.Y.

USM P3 SDNY

LEGAL MAIL
CAYUGA CORRECTIONAL FACILITY

Pro Se JKR