UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS E. SMITH,

              Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

              Defendants.

21-cv-6833 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court entered an Order of Reference on December 22, 2021, referring this case to the assigned Magistrate Judge for general pretrial. The Clerk is directed to mail a copy of the Order of Reference to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            December 22, 2021

                                            John G. Koeltl
                                      United States District Judge