UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

       Plaintiff,

 -against-

The City of New York et al.,

       Defendants.

1:21-cv-06833 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  Having reviewed Plaintiff's Letter, dated December 13, 2021 (Pl.'s Letter, ECF No. 15), and the ECF docket, it does not appear that Rite Aid properly has been served with the Court's Order of Service requiring it to identify the John Doe employee and John Doe security guard, as well as the full name of Theft Prevention Service Guard Service. (*See* Order of Service, ECF No. 7, at 4.) Accordingly, it is hereby Ordered as follows:

1. Plaintiff's request for sanctions (*see* Pl.'s Letter at 1) is DENIED.

2. The Clerk of Court is respectfully requested to mail a copy of the Order of Service (ECF No. 7), along with a copy of this Order, to C T Corporation System, 28 Liberty Street, New York, NY 10005, the registered agent of Rite Aid of New York, Inc. and the entity authorized to accept service of process. The deadline for Rite Aid to provide the information set forth in the Order of Service is extended until February 25, 2022.

3. The deadline for Plaintiff to file an amended pleading naming the Doe Defendants, as set forth in the Order of Service (*see* Order of Service at 4-5), is extended until March 28, 2022.[1]

4. The deadline for defendant City of New York to respond to the Complaint is adjourned *sine die*.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         December 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] If, as Plaintiff suggested in his December 13, 2021 Letter, he only believes that one of the police officers identified by the City was involved in the alleged incident (*see* Pl.'s Letter at 1), he need only name that officer in the amended pleading.