UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

                        Plaintiff,

-against-

The City of New York et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022

1:21-cv-06833 (JGK) (SDA)

AMENDED ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

Due to a scheduling conflict, the telephone conference scheduled for March 16, 2022 at 11:00 a.m. is hereby adjourned to 2:00 p.m. the same day.

IT IS HEREBY ORDERED that the Warden or other official in charge of the Cayuga Correctional Facility ("CCF") produce plaintiff Thomas Smith, 21-A-0493, on Wednesday, March 16, 2022, at 2:00 p.m., to a suitable location within the CCF that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Counsel for Defendant City of New York must: (1) send this Order to the Warden immediately; (2) contact CCF to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         March 2, 2022

_____
STEWART D. AARON
United States Magistrate Judge