UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

            Plaintiff,

-against-

The City of New York et al.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022

1:21-cv-06833 (JGK) (SDA)

**AMENDED ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties and having further reviewed the electronic docket, the Court is aware that Rite Aid was not sent a copy of the Court's December 28, 2021 Order until March 16, 2022. However, the deadline set forth in that Order for Rite Aid to respond already has passed. Accordingly, my December 28, 2021 Order is hereby amended to set new deadlines as follows:

1. The Clerk of Court is respectfully requested to mail a copy of the Order of Service (ECF No. 7), along with a copy of the Court's December 28, 2021 Order (ECF No. 16) and this Order, to C T Corporation System, 28 Liberty Street, New York, NY 10005, the registered agent of Rite Aid of New York, Inc. and the entity authorized to accept service of process. The deadline for Rite Aid to provide, to Plaintiff <u>and to the Court</u>, the information set forth in the Order of Service is extended until May 2, 2022.

2. The deadline for Plaintiff to file an amended pleading naming the Doe Defendants, as set forth in the Order of Service (*see* Order of Service at 4-5), is extended until June 1, 2022.[1]

3. The deadline for defendant City of New York to respond to the Complaint remains adjourned *sine die*.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
　　　　　March 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Plaintiff is reminded that if, as he suggested in his December 13, 2021 Letter, he only believes that one of the police officers identified by the City was involved in the alleged incident (*see* Pl.'s 12/13/2021 Letter, ECF No. 15), he need only name that officer in the amended pleading.