```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

                      Plaintiff,

-against-

The City of New York et al.,

                      Defendants.

1:21-cv-06833 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than July 11, 2022, the City shall file a letter regarding the service address for retired NYPD Sergeant Robert Coppola.

2. Plaintiff shall file his Amended Complaint no later than August 10, 2022. In addition to the City of New York and Rite Aid of New York, Inc. doing business as Rite Aid Pharmacy, the Amended Complaint must name any Doe Defendants Plaintiff intends to sue, such as the NYPD officers identified by the City in the letter filed at ECF No. 12 (*i.e.,* NYPD Police Officer John A. Mariduena and NYPD Sergeant Robert Coppola) and the security company and security guard identified by Rite Aid in the letter filed at ECF No. 28 (*i.e.*, Security Resources International, Inc. and Success Nagbe).

3. Defendants shall answer or move in response to the Amended Complaint no later than September 9, 2022.

Plaintiff is reminded that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called

the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by appointment and only over the telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, *see* https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212- 659-6190 and leaving a message.

**SO ORDERED.**

Dated:  New York, New York
        June 10, 2022

_____
STEWART D. AARON
United States Magistrate Judge