```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:21-cv-06833 (JGK) (SDA)

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated September 24, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (ECF No. 5). Plaintiff filed an Amended Complaint on September 13, 2022 (ECF No. 34), which names additional defendants that have not yet been served. To allow Plaintiff to effect service on these defendants through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the following defendants:

1. Sergeant Roberto Coppola
   1 Police Plaza, Room 110
   New York, N.Y 10038

2. NYPD Police Officer John A. Mariduena
   Shield 19768
   2271-89 8th Avenue, New York, NY, 10027-5319

3. Security Resources International, Inc.
   1155 Marlkress Road
   Cherry Hill, NJ 08003

The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork to effect service on these defendants.

The deadline for defendants City of New York and Rite Aid of New York, Inc. to respond to the Amended Complaint is adjourned *sine die*. Once the above-referenced defendants have been served, the Court will set a deadline for all defendants to respond to the Amended Complaint.

**SO ORDERED.**

Dated:   New York, New York
         September 16, 2022

                                                                              _____
                                                                              STEWART D. AARON
                                                                              United States Magistrate Judge