```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:21-cv-06833 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The deadline for defendants City of New York, Mariduena and Coppola to respond to the Amended Complaint is extended until February 10, 2023.

2. The deadline for service on defendant Security Resources International, Inc. is extended until April 5, 2023.

SO ORDERED.

Dated:   New York, New York
          January 5, 2023

_____
STEWART D. AARON
United States Magistrate Judge