```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:21-cv-06833 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is in receipt of the Letter filed by Defendant City of New York (the "City") identifying the defendant named in the Amended Complaint as "P.O. Eilja Doe" as Officer Mohamed Islam and indicating that the Law Department cannot agree to accept service on his behalf. (4/18/2023 Letter, ECF No. 51.) Accordingly, it is hereby Ordered as follows:

1. No later than May 18, 2023, Plaintiff shall file an amended pleading naming Officer Mohamed Islam in place of the Doe defendant. Plaintiff is reminded that the amended pleading will replace, not supplement, the earlier pleadings filed in this action.

2. The telephone conference scheduled for Thursday, June 8, 2023, at 11:00 a.m. shall go forward as scheduled.

    A copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

Dated:    New York, New York
            April 18, 2023

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge