```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

                        Plaintiff,

-against-

The City of New York et al.,

                        Defendants.

1:21-cv-06833 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The deadline for Plaintiff to mail to the City the signed NYCPL § 160.50 and medical release forms (*see* 4/11/2023 Order, ECF No. 50) is extended until June 15, 2023.

2. The deadline for Plaintiff to file an amended pleading naming Officer Mohamed Islam in place of the Doe defendant (*see* 4/18/2023 Order, ECF No. 52) is extended until June 22, 2023. Plaintiff is reminded that the amended pleading will replace, not supplement, the earlier pleadings filed in this action.

Although the Court understands that Plaintiff's failure to comply with the prior deadlines was due to a medical condition, Plaintiff is reminded that he must comply with all Court Orders and deadlines and failure to do so may result in the imposition of sanctions up to and including a recommendation to the District Judge that his case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

A copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

Dated:   New York, New York
         June 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge