United States District Court for the

Southern District of New York:

Thomas E. Smith, Plaintiff - Pro-Se

v.

The City of New York,
John A. Mariduena, N.Y.P.D,          Civil No#
Robert Coppola, NYPD, Sgt,           21-CV-6833
Mohamed Islam, NYPD,                 (JGK)(SDA)

          Defendants.    Jury Trial demanded

Being Sue Individually and in their official
Capacities:

          Plaintiff's Second Amened Complaint:

1. This Court has Jurisdiction over this
action under 28 USC Section 1331 and 1343 (3)
and (4).

          The matters in Controversy arise under
42 U S C. Section 1983.

2. Venue properly lies in this district
pursuant to 28 USC Section 1391 (b) (2), because
the events giving rise to this cause of action
occurred at Rite Aid, Inc ("Rite Aid") in
New York County which is located within
the Southern District of New York.

3.      PARTIES:

Plaintiff, Thomas E. Smith was not incarcerated at the time of events. At the time of the events relevant to this Plaintiff was at Liberty at 219 East 97th Street, New York, N.Y. Plaintiff is currently still at Liberty.

4. Defendant: The City of New York was, at all times relevant hereto, manages, Sponsors New York City Police Department, and its day to day operation and execute its rules, Policies, and employees.

5. Defendant: John A. Mariduena, is an New York City Police officer with the rank of officer, who at all times relevant hereto was assigned to the 28 pct who was the arresting office on October 13, 2019, when officer Mariduena stood by and watched his partner officer Islam "use executive force" By excessively applying handcuffs to tight upon Plaintiff, who was involed in the arrest.

pg# 2.

6. Defendant: Robert Coppola, is an New York City Police officer with the Rank of Sergrant, who at all times relevant hereto was assigned to the 28th pct., and was Involed in the Incident, and arrest occurring on october 13, 2019, when Sgt. Coppola gave orders for the Plaintiff arrest without an lawful right to do so upon NYPD officer Mariduena, Islam, that was unlawful in volation of Plaintiff 14 Amenment R jts.

7. Defendant: Mohamed Islam, is an New York City Police officer with the Rank of officer, who at all times relevant hereto was assigned to the 28th pct. that on october 13, 2019 officer Islam used execitive force without cause, by appying handcoffs etecessively to tight upon plaintiff, in volation of his 14th Amendment, 4th Amendmnt, 8th Amesiment

8. <u>STATEMENT OF FACTS:</u>

That on october 13, 2019, at approx 10:30pm the Plaintiff west shoping at Rite Aid Inc located at 3472 Br

pg#3.

New York, N.Y in the County of
New York. But before Plaintiff entered into
Rite Aid, he See an old assoicate.
who is not an Plaintiff in this action
Travel or either we both entered into
Sto.

9. However, upon entering Rite Aid
the Plaintiff Saw an New York post
that got his attention, and stoped to read it
while my assioicate continue on to shop.

10. As the Plaintiff was reading the news
paper, Plaintiff heard loud voices coming
from the Pharmacy area! at that time
Plaintiff stops reading the paper, and began
walking towards the loud voices to see
whats taking place. And as Plaintiff got
Closer to where the voices were, I
hear his assoicate Mr. Ali Saying to
the Security Guard don't put your hands
on me.

pg #4.

as the Plaintiff came upon them in aisle #3, were Plaintiff observed unknown Security Guard placing his hands upon Mr. Ali, and at that time Plaintiff said to the unknown Guard, don't put your hands on my friend can't you see that he (Mr. Ali) is handicap? and walks with a cane.

11. At this time Plaintiff takes Mr. Ali by the arm, and we began walking towards the front door too depart Rite Aid and unknown Security Guard who unlawfully unlawfully put his hands on Mr. Ali.

12. When the Plaintiff, and Mr. Ali departed Rite Aid Inc. Some ten minties later while we were walking down 116th st between 8th & 7th Ave in New York (city). The Plaintiff, Mr. Ali was stoped by defendant John Mariduena, NYPD police officer, and defendant Michamed Iskim NYPD police officer

pg #5.

and Some 20 other unknown New york city police officers with their Guns' drained and pointed at Plaintiff & Mr. Ali, stating put your fucking hands up...Where is the fucking Gun.

13. In front of Some 40 to 60 by standers watching on october 13, 2019, at Approx. 1:00pm., In New york County.

14. The Plaintiff & Mr. Ali was pat frisked by defendant, officer John Maridueña, and defendant, officer Mohamed Islam and other unknown NYPD officer's Searching for a Gun that Plaintiff never had that was called into NYC police dispatcher upon Information and believe by Rite Aid Inc unknown Security Guard & employees on october 13, 2019.

15. Plaintiff wish to informinis court & defendants, I ran at a brick wall.

pg#6.

16. Thereafter, defendant, Officer Islam, defendant Officer Mariduena upon searching Plaintiff, and Mr. ALI didn't recovery any Gun or weapons as stated by Rite Aid Inc., employees, and unknown Security Guard who assisted on october-13, 2019.

17. While the Plaintiff and Mr. ALI was handcuffed tightly from the rear, Plaintiff over hears defendant, officer Islam state to his supervisor (Sgt. Coppola)"who is an defendant in this matter" that no gun or weapons was found on or near Plaintiff.

18. And at that time defendant, Sgt. Coppola cebd defendant, officer Islam to return to Rite Aid Inc and reveiw any and all video footage to see if and fact Plaintiff and pulled out an gun on unknown Security guard or empolyees.

pg# 7.

19. Upon defendant, officer Islam returning to the scene some 20 minutes later, defendant, officer Islam reported to defendant, sgt. Coppola that after reviewing video footage, it didn't show Plaintiff had pulled out a Gun upon employees' as alleged by Rite Aid management nor dose it show Plaintiff had stolen anything as well.

20. This is what was stated by defendant Islam to sgt. Coppola his supervisor but plaintiff was still unlawfully arrested on false charges of Petited Lavery, Mendicing that has Volated my 4th Amendment Rights, 8th Amendment Rights, and my 14th Amendment rights under both State and federal constitutional Rights.

21. Because of these false Claims made against Plaintiff by these defendant's on October 13, 2019, his freedom was taken without a lawfully right. pg# 8.

22. This case was dismissed on october 23, 2020, in favor of the plaintiff by New York State Supreme Court Judge New York County.

33. Defendants Mariduena, Islam, and Sgt. Coppola all conspired with each other on october 13, 2019, to arrest Plaintiff on false charges that I had pulled out a gun, and then communicated these false allegation to the New York County District Attorney office who then file these false claims against the plaintiff in violation of his state and federal civil Rights.

34. The Plaintiff's 17 year old daughter who is now 22 years old suffered severe mental and emotional distress a long with other plights because of this unlawful arrest made against her father! In Violation of my Constitutional Rights under the 4th Amendment

pg# 9.

rights, 8th Amendment rights, and 14th Amendment rights.

25. She know that her father just did (ten years incarcered) when she was only seven years old, and to thinking her father will be taken away again has caused the Plaintiff a lot of stress as well as my daughter behind this wrongful arrest made on october 13, 2019, by these defendants.

26. Moreso, the Plaintiff family was affected as well. Because the plaintiff probe officer violated him based on these false allegation made against Plaintiff but more Importantly, the mother of my 22 year old daughter went into an mental and Emotional breakdown as a result of the false arrest among other things.

27. The Plaintiff suffered mental and emotionally as a result of this unlawful,

pg#10.

wrongful false arrest that occurred on october 13, 2019... The fact that plaintiff parole officer put him back in Jail behind these false Claims, that Subjected plaintiff of not being with his family and during the because of these false allengation made by defendant Maridueng NYPD, defendant Islam NYPD, defendant Coppola NYPD, Sgt.

28. This was very emotional, the fact Plaintiffs liberty was taken without an lawful right to do so, was arbitary and Capricious in violation of my federal Constitutional rights under New york state law.

29. That on october 13, 2019, upon the Plaintiff being arrested by defendant, NYPD officer John Maridueng, defendant Mohamed Islam NYPD officer violated plaintiff 8th Amendment rights when these defendant's tighten the handcuffs to the Point that

pg # 11.



plaintiff Circulation was affected
where now he has "Carpal Tunel" In
both hands and wrists, fingers.

30. The plaintiff is still affected by
defendant, NYPD officer John Maridueng who
stood by while defendant, NYPD officer Mohamed
Islam tightened the handcuffs without an
lawful right under new york state law. Now
Plaintiff don't have full circulation in his
hands because of officer Islam UNlawful
action against Plaintiff.

31. Moreso, because of the lack of full
blood flow and Circulation based upon the
action of defendants NYPD officer Maridueng,
NYPD officer Islam by using "execessive
force" without Cause in arresting Plaintiff
violated his 8th Amendment rights on
october 13, 2019, In New York County.

32. The Plaintiff respectfully asked
pg.# 12.

defendant, NYPD officer Islam to losen the handcuffs. they are very tight. officer Isham reply was "Shut the fuck up Motherfucker".

upon being transported to the 28th pct. the Plaintiff asked the desk sgt. to Please tell defendant, officer Islam to loosen the cuffs they are very tight to the point my Circulation is Cut off, and both Plaintiffs hands and fingers are Numb.

32. The desk sgt. reply was "Shut your fucking mouth", put this asshole in the pen where the fuck he belongs.

33. The Plaintiff 8th Amendment rights were Violated when both defendants, officer Mariduena, officer Islam Continue to Cause Pain. thereafter Plaintiff was put into holding Cell at the 28th pct. while still rear cuffed for approx 3½ hours that Continue to Cause my Circulation to be Cut off, and both hands, fingers went NUMB.

pg# 13.

34. At this point, Plantiff is still asking respectfully to loosen or take off the cuffs while in the cell of the 28th pct. but my Pleads went unanswered by these defendants.

35. That on October 13, 2019, the Plaintiff was transported to Central Booking by arresting officer's Mariduena, and Islam for processing violated Plaintiff 8th Amendment rights, by maliciously to continue to tighted the handcuff to the point of causing Plaintiff Pain, and his Circulation to be cut off.

36. Now, based upon Medical facts, Plaintiff has (Carpal Tunnel) in both his hands because of defendant's (wrongful), and unlawful action towards Plaintiff without a lawful right.

37. When defendant Sgt. Coppola was made aware of the handcuffs being

pg# 14.

defendant, NYPD officer Islam to losen the handcuffs they are very tight. officer Isham reply was "shut the fuck up Motherfucker".

upon being transported to the 28th pct. the Plaintiff asked the desk sgt. to Please tell defendant, officer Islam to loosen the Cuffs they are very tight to the point my Circulation is Cut off, and both Plaintiffs hands and fingers are Numb.

32. The desk sgt. reply was "Shut your fucking mouth", put this asshole in the pen where the fuck he belongs.

33. The Plaintiff 8th Amendment rights were Violated when both defendants, officer Mariduena, officer Islam Continue to Cause Pain, thereafter Plaintiff was put into holding Cell at the 28th pct. while still rear cuffed for approx 3½ hours that Continue to Cause my Circulation to be Cut off, and both hands, finger's went Numb.

pg# 13.

applied tight in the "use of force" by officer Moridena, officer Iskun, and the fact Supervising officer Sgt. Coppola failed to intervene violated Plaintiff's 8th Amendment rights. When the action of defendants officers, Causing the Plaintiff Pain from tight handcuffs.

38. That on October 13, 2019, Rite Aid defendant, Security Resuves International Inc., violated the Plaintiff 8th Amendment Rights When they failed to protect Plaintiff from what they knew or should have Known the actions of defendant, officer Moridena NYPD officer, defendant, officer Iskun, and unknown officers) when it was Called into NYC dispatcher (911) of a "Gun" being pulled out on Rite Aid Inc, and Security Resuves international Inc. defendants' at 2170 8th ave, New York, New York 10026.

pg#15.

39. That on october 13, 2019, defendant, Sgt. Coppola, Supervisor of defendants' officer John Mariduena, officer Mohamed Islam NYPD, and Supervisor's of Rite Aid Inc, defendant, as well as Security Resaures Supervisor violated Plaintiff's 4th Amendment rights, 8th Amendment rights, 14th Amendment rights when conspiring with each other to take my liberty away based upon the false alleregation made against me by unknown security guard who was hired by Rite Aid Inc defendant, who stated Plaintiff pulled a Gun out.

40. That on october 13, 2019, defendant, City of New York, has created an policy, Custom that is unconstitutional under New York State law, that defendants' was maliciously, and grossly negliext when defendant, Sgt. Coppola failed in Supervising their Subordinates defendant office-Islam, defendant office-Mariduena who

pg# 16.

Committed the unlawful, wrongful actions
against the Plaintiff, when handcuffed tightly.

**41.** That on october 13, 2019, defendant
NYPD officer John Maridueng, and defendant
NYPD officer Mohamed Islam, a long with
defendant NYPD Sgt. Robert Coppola exhibited
deliberate Indifferene to the Plaintiff by
failing to act on information Indicating uncon-
stitutional acts was occuring at Rite
Aid Inc located in New York Cainty
2170 8th Ave NY. NY. 10026, Where
Security reporters Internatkl Inc, and
Rite Aid employees would make false
allegations as in this case that they
See Black Customs looking away, causes
them to think he/she are Shoplifting...

**42.** That on october 13, 2019, defendant
NYPD Sgt. Coppola, violated Plaintiff's 8th
Amendment Rights when he failed to
Intervene when defendant's Officer Mariduen.
pg #17.

officer Islam applied tigt and tightened the handcuffs upon the Plaintiff without an lawful right, that caused Pain.

43. That the Plaintiff was a full time Barber prior to the unlawful arrest on october 13, 2019, but now do to "Carpal Tunnel" to both hands, Wrists, Fingers Caused by the actions of defendants Mariduena, and Islam has affected the blood Flow and the Circulation.

44. The Plaintiff Can't know longer work as a Barber because of the Injuries substanted on october 13, 2019, by defendant officer Islam actions.

45. CAUSE OF Actions:
(A) Defendant NYPD officer Mohamed Islam, Defendant NYPD officer John Mariduena, violated Plaintiffs 8th

pg #18.

Amendment Rights by applying the
handcuffs tightly on october-13, 2019
which has cut off Plaintiff blood
flow and Circulation, and defendant
Sgt. Coyote Supervising officer who
did not Intervene on my behalf.

(B) Defendant Islam, Defendant Mariduena
Violated Plaintiff 8th Amendment Rights, by
tightened handcuffs to the point that
I felt nothing but Pain and Numbness.
Because of this unlawful arrest, and acts
of Use of force by these defendants.

(C) The Supervisor's of Rite Aid Inc., and
Security Frscuers a long with defendant's
officer's Mariduena, and Islam, empolees has
violated Plaintiff's 4th Amendment Rights,
8th Amendment Rights and 14th Amendment
Rights when the Plaintiff was Subjected to
Jail and they Conspired on prejudice Policys,
Rules, and Custom that was made on false
                    Pg.#19.

Charges on October 13, 2019, to due So.

46. The Plaintiff is still being affected with the Pain, Suffering, and Numbness as a resell of defendant officer Islam "use of force" when he applyed the handcuffs far to tight, but to only cause the Plaintiff Pain on october 13, 2019, In New York County at 116th St. 8th & 7th Ave.

47. Defendant NYPD, Sgt. Coppola, Supervisor of defendants', officer Islam, officer Mariduena, and defendant, The City of New York has Created an prejudice Policy, Custom, and Practices that are toward Black Customers that look an Certant way! Are arrested when called.

48 The Supervisors, of the City of New York, defendant, has failed to properly train their empdees, Officers Islam, Mariduena.

pg.#20.



Sgt. Coppola who has enforced unconstitut-
iona) Policy, Rules, and Customs, that on
october 13, 2019, defendants violated Plaintiff
8th Amendment Rights, and Federal Constitut-
ional Rights under that unlawful Policy,
rules, Customs, and Practices.

49. Supervisory Liability:
The City of New York, defendant, defendant
Sgt. Coppola, participated directly into the
allegation of Constitutional violation by
Creating an Policy and/or Custom under which
unconstitutional Practices has occurred on
october 13, 2019, when defendants' allowed
the continuance of Such Policy, rules, and
Custom to violate the Plaintiff's federal
Constitutional Rights under New York State
Law.

pg. #21

**50. PRayer for relief:**

1. The Plaintiff Request an order declaring these defendant's acted in violation of The United States Constitution.

2. Plaintiff is seeking $10,000 for the past and present medical expenses against defendant, officer Islam, officer Mariduena for the "use of force" on october 13, 2019, and in violation of Plaintiffs 8th Amendment Rights.

3. Plaintiff request $10,000 for furtue medical expenses against defendant, City of New York, officer Islam, officer Mariduena, due to the Plaintiff injuryes caused by the defendant.

4. the Plaintiff seeks $10,000, for the Pain and Sofferning, and punitive damages against these defendants' for violating plaintiffs Civil Rights under New York State law.

pg# 22.

Wherefore:, The Plaintiff prays for a Judgement in his favor and damages in his favor against all the above defendant's mention in this complaint, in the amount sufficient to compensate the Plaintiff for the Pain and Suffering, Mental anguish suffered by him due to defendant, officer Islam, defendant Manduena, defendant Sgt. Coppola "Use of force", and deliberate Indifferencee, and Intentional Misconduct of handcuffs being apply to tightly by Officer Islam, and for the failure of Sgt. Coppola for not Interving on Plaintiff's behalf, but in no event less then $20,000.00 together with Fees and costs and such additional relief as the Court may deem Just and Proper.

Dated: August 21, 2023

pg #23.

Respectfully Yours,

Mr. Thomas E. J.

CC:                          Pro-se-Plaintiff
Fik                          219 East 97th St, 14D
        Sent To:             New York, N.Y. 10029

The City of New York
        Law Department
100 Church Street
New York, N.Y. 10007
defendants.

pg.#24.

Mr. Thomas E. Smith

Pro-se, Plaintiff

219 East 97th St, 14-D

New York, NY 10029

August 31, 2023

Court Clerk

United States District Court

Southern District of New York

500 Pearl St, Pro-se unit

New York, N.Y. 10007

Thomas Smith V. The City of New York

et al., 21-CV-6833 (JGK) (SDA)

Dear Court Clerk:

Please find enclosed with this letter the plaintiff's Second Amendment Complaint 42 U.S.C. 1983 with all Supporting papers.

Respectfully yours,

Mr. Thomas Smith