```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas E. Smith,

                      Plaintiff,

-against-

The City of New York et al.,

                      Defendants.

1:21-cv-06833 (JGK) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated September 24, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (ECF No. 5). Plaintiff filed a Second Amended Complaint on August 29, 2023 (ECF No. 61), which names an additional defendant who has not yet been served. To allow Plaintiff to effect service on this defendant through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the following defendant:

1. Officer Mohamed Islam
   Shield No. 21611
   2271-89 8th Avenue, New York, NY, 10027-5319

The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork to effect service on this defendant.

The deadline for defendants City of New York, P.O. John A. Mariduena and Sgt. Robert Coppola to respond to the Second Amended Complaint is adjourned until September 30, 2023.

**SO ORDERED.**

Dated:   New York, New York
         August 30, 2023

_____
STEWART D. AARON
United States Magistrate Judge