UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS E. SMITH,

               Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

               Defendants.

21-cv-6833 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by October 17, 2023.

SO ORDERED.

Dated:    New York, New York
            October 3, 2023

                                          John G. Koeltl
                                 United States District Judge