UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS E. SMITH

                 Plaintiff,

      - against -

THE CITY OF NEW YORK, ET AL.,

              Defendants.

21-cv-6833 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Clerk is directed to strike ECF NO. 65.

SO ORDERED.

Dated:     New York, New York
           October 3, 2023

                            John G. Koeltl
                     United States District Judge